UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

GRAND JURY H-22-1

| | |
|---|---|
| UNITED STATES OF AMERICA | Criminal No. 3:23CR __ (KAD) (SDV) |
| v. | |
| DONALD HILL, a.k.a. "Man Man" | VIOLATIONS:<br><br>21 U.S.C. §§ 841(a)(1), 841(b)(1)(B) and 841(b)(1)(C) (Possession with Intent to Distribute Controlled Substances)<br><br>18 U.S.C. §§ 922(g)(1) and 924(a)(8) (Unlawful Possession of a Firearm by a Felon)<br><br>18 U.S.C. §§ 922(k) and 924(a)(1)(B) (Unlawful Possession of a Firearm with an Obliterated Serial Number)<br><br>18 U.S.C. § 924(c)(1)(A)(i) (Possession of a Firearm in Furtherance of a Drug Trafficking Crime) |

INDICTMENT

The Grand Jury charges:

COUNT ONE
(Possession with Intent to Distribute Controlled Substances)

1.  On or about November 29, 2022, in the District of Connecticut, the defendant DONALD HILL, a.k.a. "Man Man," did knowingly and intentionally possess with intent to distribute 40 grams or more of a mixture and substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide ("fentanyl") and 500 grams or more of a mixture and substance containing a detectable amount of cocaine, its salts, optical or geometric isomers, or salts of isomers, both Schedule II controlled substances, as well as a mixture and

substance containing a detectable amount of heroin and a mixture and substance containing a detectable amount of para-fluorofentanyl, both Schedule I controlled substances.

In violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(B)(ii), 841(b)(1)(B)(vi), and 841(b)(1)(C).

## COUNT TWO
(Unlawful Possession of a Firearm by a Felon)

2. On or about November 29, 2022, in the District of Connecticut, the defendant DONALD HILL, a.k.a. "Man Man," having been, and knowing that he had been, previously convicted of a crime punishable by imprisonment for a term exceeding one year in the Superior Court of the State of Connecticut, specifically:

   a. Possession with the Intent to Distribute, in violation of Conn. Gen. Stat. § 21a-277(a), on or about October 3, 2018;

   b. Possession with the Intent to Distribute, in violation of Conn. Gen. Stat. § 21a-277(a), on or about April 18, 2012;

   c. Possession with the Intent to Distribute, in violation of Conn. Gen. Stat. § 21a-277(a), on or about March 7, 2012;

   d. Escape in the First Degree, in violation of Conn. Gen. Stat. § 53a-169, on or about August 28, 2008;

   e. Sale of a Controlled Substance, in violation of Conn. Gen. Stat. § 21a-277(b), on or about August 28, 2008;

   f. Sale of a Hallucinogen or Narcotic, in violation of Conn. Gen. Stat. § 21a-277(a), on or about March 6, 2007;

   g. Possession of Narcotics, in violation of Conn. Gen. Stat. § 21a-279(a), on or about June 23, 2004; and

   h. Weapon in a Motor Vehicle, in violation of Conn. Gen. Stat. § 29-38, on or about October 30, 2002,

did knowingly and intentionally possess a firearm in and affecting interstate and foreign commerce, specifically, a loaded Smith and Wesson M&P9 firearm with an obliterated serial number that was physically and chemically restored as JCY9551, which had been shipped and transported in interstate and foreign commerce.

In violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(8).

## COUNT THREE
(Unlawful Possession of a Firearm with an Obliterated Serial Number)

3. On or about November 29, 2022, in the District of Connecticut, the defendant DONALD HILL, a.k.a. "Man Man," knowingly possessed a firearm, that is, a loaded Smith and Wesson M&P9 with an obliterated serial number that was physically and chemically restored as JCY9551, that had been shipped and transported in interstate and foreign commerce, from which the manufacturer's serial number had been removed, altered, and obliterated.

In violation of Title 18, United States Code, Sections 922(k) and 924(a)(1)(B).

## COUNT FOUR
(Possession of a Firearm in Furtherance of a Drug Trafficking Crime)

4. On or about November 29, 2022, in the District of Connecticut, the defendant DONALD HILL, a.k.a. "Man Man," did knowingly possess a firearm, that is, a loaded Smith and Wesson M&P9 with an obliterated serial number that was physically and chemically restored as JCY9551, in furtherance of a drug trafficking crime for which he may be prosecuted in a court of the United States, that is, a violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(B)(ii), 841(b)(1)(B)(vi), and 841(b)(1)(C), as charged in Count One of this Indictment.

In violation of Title 18, United States Code, Section 924(c)(1)(A)(i).

## FORFEITURE ALLEGATION
(Controlled Substances Offense)

5.      Upon conviction of the controlled substances offense alleged in Count One of this Indictment, the defendant DONALD HILL, a.k.a. "Man Man," shall forfeit to the United States, pursuant to Title 21, United States Code, Section 853, all right, title, and interest in any property constituting, or derived from, proceeds obtained, directly or indirectly, as a result of the violations of Title 21, United States Code, Section 841, and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, those violations and a sum of money equal to the total amount of proceeds obtained as a result of the offenses, including but not limited to: $2,489.00 in United States currency, a loaded Smith and Wesson M&P9 firearm with an obliterated serial number that was physically and chemically restored as JCY9551, and associated ammunition, all of which were seized from the defendant on or about November 29, 2022.

6.      If any of the above-described forfeitable property, as a result of any act or omission of the defendant, cannot be located upon the exercise of due diligence, has been transferred, sold to, or deposited with a third party, has been placed beyond the jurisdiction of the court, has been substantially diminished in value, or has been commingled with other property that cannot be divided without difficulty, it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of the defendant up to the value of the forfeitable property described above.

All in accordance with Title 21, United States Code, Section 853 and Rule 32.2(a) of the Federal Rules of Criminal Procedure.

## FORFEITURE ALLEGATION
(Firearm Offenses)

7. Upon conviction of one or more of the firearm offenses alleged in Counts Two, Three, and Four of this Indictment, the defendant DONALD HILL, a.k.a. "Man Man," shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c), all firearms and ammunition involved in the commission of the offense including, but not limited to, the following items: a loaded Smith and Wesson M&P9 firearm with an obliterated serial number that was physically and chemically restored as JCY9551 and associated ammunition and magazines, all of which were seized on or about November 29, 2022.

All in accordance with Title 18, United States Code, Section 924(d); Title 21, United States Code, Section 853; Title 28, United States Code, Section 2461(c); and Rule 32.2(a) of the Federal Rules of Criminal Procedure.

A TRUE BILL

FOREPERSON

UNITED STATES OF AMERICA

*Vanessa Roberts Avery*
VANESSA ROBERTS AVERY
UNITED STATES ATTORNEY

*Natasha Freismuth*
NATASHA M. FREISMUTH
ASSISTANT UNITED STATES ATTORNEY